# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

***Kenneth Baker, et al. v. Baker Hughes Oilfield Operations, Inc.***

| | |
|---|---|
| THE HONORABLE JOHN W. SEDWICK | 3:16-cv-00038 JWS |
| PROCEEDINGS: ORDER FROM CHAMBERS | Date: November 21, 2019 |

The parties' stipulation at docket 176 for dismissal with prejudice, each party bearing such party's own costs and fees, is effective without an order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk will please close this case.

_____